IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Allegiance Properties, LLC; Tin Le; Uyen Trinh-Le,<br><br>        Defendants.<br>_____ | 2:12-cv-01833-GEB-KJN<br><br>ORDER OF DISMISSAL AND CONSENT REFERRAL |

        Pursuant to Plaintiff and Defendants Ray A. Scholl and Kathleen D. Scholl's Stipulated Dismissal with Prejudice, filed on October 17, 2012 (ECF No. 13), Defendants Ray A. Scholl and Kathleen D. Scholl are dismissed with prejudice.

        Further, in the Joint Status Report filed October 15, 2012, the remaining parties consented to proceed before the Magistrate Judge for all purposes. (JSR 5:2-5.)

        Therefore, if the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See E.D. Cal. R. 305(b) (prescribing "notwithstanding

1

1  the consent of all parties, the [United States District] Judge or
2  Magistrate Judge may reject the referral.").

3  Dated:  October 23, 2012

5  _____
   GARLAND E. BURRELL, JR.
6  Senior United States District Judge

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:12-cv-01833-KJN. Further, any matter currently scheduled before the District Judge is vacated.

IT IS SO ORDERED.

DATED: October 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE