1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11          Plaintiff,                     No. 2:12-cv-1833 KJN

12      v.

13   ALLEGIANCE PROPERTIES, LLC
     et al.,
14
            Defendants.              ORDER
15   _____/

16          On January 8, 2013, plaintiff filed a notice of settlement, indicating that the

17   parties have settled this action and that dispositional documents will be filed within thirty (30)

18   calendar days.  (Dkt. No. 19.)[1]

19          Accordingly, IT IS HEREBY ORDERED that:

20          1. The January 24, 2013 status conference is VACATED.

21          2. Plaintiff shall file dispositional documents no later than February 8, 2013.

22   Failure to file dispositional documents by that deadline, or to file a timely request for an

23   extension of that deadline supported by good cause, may result in dismissal of the action without

24   _____

25          [1] All remaining parties have consented to the jurisdiction of a United States magistrate
     judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all
26   further proceedings and entry of final judgment.  (Dkt. Nos. 11, 12, 15.)

                                          1

1  prejudice.  <u>See</u> E.D. Cal. L.R. 160(b).

2            IT IS SO ORDERED.

3  DATED:  January 9, 2013

4

5                                         _____

6                                         KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2