1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,                          No. 2:12-cv-1833 KJN

12        v.

13   ALLEGIANCE PROPERTIES, LLC
     et al.,

14
              Defendants.              ORDER

15   _____/

16            On January 8, 2013, plaintiff filed a notice of settlement, indicating that the

17   parties had settled this action.  (Dkt. No. 19.)[1]  Accordingly, the court ordered plaintiff to file

18   dispositional documents no later than February 8, 2013.  (Dkt. No. 20.)

19            Subsequently, on February 8, 2013, plaintiff filed a request for an extension of

20   time to file dispositional documents.  (Dkt. No. 21.)  Plaintiff requested an extension until March

21   8, 2013, in light of the fact that the parties were still in the process of finalizing their settlement

22   agreement.  (Id.)  The court granted plaintiff's request for an extension and ordered plaintiff to

23   file dispositional documents no later than March 8, 2013.  (Dkt. No. 22.)  The court specifically

24   _____

25        [1] All remaining parties have consented to the jurisdiction of a United States magistrate
     judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all
26   further proceedings and entry of final judgment.  (Dkt. Nos. 11, 12, 15.)

1

1  cautioned the parties that failure to file dispositional documents by that deadline, or to file a

2  timely request for an extension of that deadline supported by good cause, may result in dismissal

3  of the action without prejudice.  See E.D. Cal. L.R. 160(b).

4          Although that deadline has now passed, no dispositional documents have been

5  filed and no party has requested an extension of the deadline to file dispositional documents in

6  accordance with the court's order.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1.  The action is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule

9  160(b) and Federal Rule of Civil Procedure 41(b).

10          2.  The Clerk of Court shall close this case.

11          IT IS SO ORDERED.

12  DATE:  March 13, 2013

13

14  _____
    KENDALL J. NEWMAN

15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

2