IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                      No. 2:12-cv-1833 KJN

      v.

ALLEGIANCE PROPERTIES, LLC
et al.,

      Defendants.             ORDER

                                  /

        On January 8, 2013, plaintiff filed a notice of settlement, indicating that the parties had settled this action. (Dkt. No. 19.)[1] Accordingly, the court ordered plaintiff to file dispositional documents no later than February 8, 2013. (Dkt. No. 20.)

        Subsequently, on February 8, 2013, plaintiff filed a request for an extension of time to file dispositional documents. (Dkt. No. 21.) Plaintiff requested an extension until March 8, 2013, in light of the fact that the parties were still in the process of finalizing their settlement agreement. (Id.) The court granted plaintiff's request for an extension and ordered plaintiff to file dispositional documents no later than March 8, 2013. (Dkt. No. 22.) The court specifically

---

[1] All remaining parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c), and the action was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. Nos. 11, 12, 15.)

1

cautioned the parties that failure to file dispositional documents by that deadline, or to file a timely request for an extension of that deadline supported by good cause, may result in dismissal of the action without prejudice.  <u>See</u> E.D. Cal. L.R. 160(b).

Although that deadline has now passed, no dispositional documents have been filed and no party has requested an extension of the deadline to file dispositional documents in accordance with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 160(b) and Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court shall close this case.

IT IS SO ORDERED.

DATE: March 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE